UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. **08 CR 0633** |
| V. | ) | |
| | ) | Judge Charles R. Norgle, Sr. |
| LAWSON PRODUCTS, INC. | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  /s/Kruti Trivedi
KRUTI TRIVEDI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5323

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**ATTORNEY DESIGNATION**

were served on August 15, 2008, in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

/s/ KRUTI TRIVEDI
KRUTI TRIVEDI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5323