**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CR 00633 |

UNITED STATES OF AMERICA, PLAINTIFF

v.

LAWSON PRODUCTS, INC., DEFENDANT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LAWSON PRODUCTS, INC., DEFENDANT

| | |
|---|---|
| NAME (Type or print) | |
| Charles B. Sklarsky | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Charles B. Sklarsky | |
| FIRM | |
| Jenner & Block, LLP | |
| STREET ADDRESS | |
| 330 North Wabash Avenue | |
| CITY/STATE/ZIP | |
| Chicago, IL 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 2627264 | 312-923-2904 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☑   APPOINTED COUNSEL ☐ | |